**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 17-24500 - B - 13
Michael Plandez Cortez and         ) Docket Control No. MET-3
Antoinette Arquero Cortez,         ) Document No. 63
              Debtors.             ) Date: 04/03/2018
                                   ) Time: 1:00 PM
                                   ) DEPT: B
```

**Order**

The motion is ORDERED DENIED for reasons stated in the ruling in the minutes and as modified on the record in open court,

IT IS FURTHER ORDERED that the case is DISMISSED.

**Dated:** April 05, 2018

Christopher D. Jaime, Judge
United States Bankruptcy Court

[63] - Motion/Application to Confirm Chapter 13 Plan [MET-3] Filed by Joint Debtor Antoinette Arquero Cortez, Debtor Michael Plandez Cortez (tsef)